IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CREATIVE TECHNOLOGY LTD., § § *Plaintiff*, § § v. § § LG ELECTRONICS, INC., LG § ELECTRONICS U.S.A., INC., and LG § ELECTRONICS MOBILECOMM U.S.A., § INC., § § *Defendants*. | Case No. 2:16-cv-265-JRG |

## ORDER

Before the Court is Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.'s (collectively, "Defendants") unopposed motion to stay this case pursuant to 28 U.S.C. § 1659(a). After careful consideration, the Court concludes that the motion (Dkt. No. 12) should be and is hereby **GRANTED**.

On May 5, 2016, the ITC instituted an investigation, *Certain Portable Electronic Devices and Components Thereof*, Investigation No. 337-TA-994. Such investigation identifies defendants as respondents and is based on Plaintiff Creative Technology Ltd. and Creative Labs, Inc.'s complaint alleging infringement of the same patent at issue in this case: U.S. Patent No. 6,928,433.

This case shall be **STAYED** until further order of the Court, and at least until the determination of the ITC becomes final. *See* 28 U.S.C. § 1659(a). The Parties are **ORDERED** to file a joint status report within **ten (10) days** after the ITC issues its final determination, at which point the Court will consider whether this case should remain stayed. Counsel shall also deliver

a courtesy copy of such report to the Court's chambers at the Sam B. Hall, Jr. Federal Building and United States Courthouse, 100 E. Houston St., Marshall, TX 75670.

**So ORDERED and SIGNED this 27th day of May, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE